John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
621 SW Alder St., Suite 800
Portland, OR 97205
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendant IBM LBPS

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY BARNES, an individual | Case No. 11-cv-142-PK |
| Plaintiff, | **DEFENDANT IBM LENDER BUSINESS PROCESS SERVICES, INC. 'S AMENDED CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CHASE HOME FINANCE, LLC, a Delaware Corp.; CHASE BANK USA, N.A., a subsidiary of JP Morgan Chase & Co., a Delaware Corp.; SETERUS, INC. FKA IBM LENDER BUSINESS PROCESS SERVICES, INC., a Delaware Corp.; and JOHN AND JANE DOES 1-10, | FRCP 7.1 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 the following defendant hereby declares:

Defendant IBM Lender Business Process Services, Inc., is now known as Seterus, Inc.,

and is a Delaware corporation which is wholly owned by International Business Machines

Corporation, a publicly traded corporation.

Page 1 – AMENDED CORPORATE DISCLOSURE

DATED: July 18, 2011.

**ROUTH CRABTREE OLSEN, P.C.**

By   /s/ John M. Thomas
      John M. Thomas, OSB #024691
      Attorneys for Defendant IBM LBPS
      621 SW Alder St., Suite 800
      Portland, OR 97205
      Phone: (503) 517-7180
      Fax: (425) 457-7369

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Oregon that I

served the foregoing Defendant IBM Lender Business Process Services, Inc.'s Amended

Corporate Disclosure Statement upon the following parties on this 18th day of July, 2011.

**VIA FIRST CLASS MAIL**
Timothy Barnes
590 South Greenwood Rd.
Independence, Oregon 97351
        Plaintiff pro se

**VIA ECF**
Michael J. Farrell and Timothy J. Fransen
Martin Bischoff Templeton Langslet & Hoffman
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
        Attorneys for Chase Home Finance, LLC and Chase Bank USA, N.A.

                                    **ROUTH CRABTREE OLSEN, P.C.**

                                    By    /s/ John M. Thomas
                                          John M. Thomas, OSB #024691
                                          Attorneys for Defendant IBM LPS
                                          621 SW Alder St., Suite 800
                                          Portland, OR 97205
                                          Phone: (503) 517-7180
                                          Fax: (425) 457-7369