IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY BARNES,** | **3:11-CV-00142-PK** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CHASE HOME FINANCE, LLC, a Delaware Corp.; CHASE BANK USA, N.A., a subsidiary of JP Morgan Chase & Co., a Delaware Corp.; IBM LENDER BUSINESS PROCESS SERVICES, INC., a Delaware Corp.; and JOHN AND JANE DOES 1-10,** | |
| Defendants. | |

Based on the Court's Order issued July 8, 2013, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 8th day of July, 2013.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT